**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

GORDON GOURLAY,             :
                              :
    Plaintiff,         :
                              :
v.                        :      Civil Action No.
                              :
HOME DEPOT U.S.A., INC.,   :
                              :
    Defendant.      :

**NOTICE OF REMOVAL**

Defendant HOME DEPOT U.S.A., INC. ("Home Depot"), by and through counsel, hereby gives notice of removal of the above action from the Circuit Court of Montgomery County, Maryland ("Circuit Court"), to the United States District Court for the District of Maryland, Greenbelt Division, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446.  As set forth below, this Court has original diversity jurisdiction over this action pursuant to Section 28 U.S.C. § 1332.  All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, Home Depot states as follows:

1.      There is pending in the Circuit Court of the Montgomery County, Maryland, a Complaint styled Gordon Gourlay  v. Home Depot U.S.A., Inc., Case No. 384369-V (the "State Court Action").  The Complaint in the State Court Action was filed on or about November 21, 2013.  A copy of the Complaint is attached hereto as Exhibit A.

2.      Home Depot received a copy of the Complaint in the State Court Action on or about December 3, 2013.

3.      Home Depot filed an Answer on the 23rd day of December, 2013, in the Montgomery County Circuit Court, but no further proceedings have been had in the State Court Action.  A copy of the above referenced responsive pleadings is attached hereto as Exhibit B.

4.      This Notice of Removal is filed within thirty days of the date upon which Home Depot U.S.A., Inc. first received a copy of the Complaint and is therefore timely pursuant to 28 U.S.C. § 1446(b).

5.      The State Court Action is properly removed under 28 U.S.C. § 1441(a), because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as explained below.

6.      Home Depot U.S.A., Inc. is informed and believes that plaintiff, Gordon Gourlay is an individual residing in and a citizen of the District of Columbia.  See Style of Exhibit A.

7.      Home Depot is incorporated under the laws of the State of Delaware with its principal places of business in Atlanta, Georgia.

8.      Plaintiff's Complaint seeks damages from Home Depot in the amount of $300,000 in compensatory damages.

9.      This action is properly removed on grounds of diversity jurisdiction because (a) complete diversity of citizenship exists between Plaintiff Gourlay and Home Depot, and (b) the amount in controversy herein exceeds the sum or value of $75,000, exclusive of interest and costs.

10.     Written notice of the filing of this Notice of Removal will promptly be given to plaintiff and the Clerk of the Circuit Court of Montgomery County, Maryland  as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant HOME DEPOT U.S.A., INC. respectfully requests that this case proceed before this Court as an action properly removed.

_____
Brian A. Cafritz, Md. Fed Bar # 14589
*Counsel for Home Depot U.S.A., Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com

_____
Edward P. Trivette, Md. Fed Bar # 29516
*Counsel for Home Depot U.S.A., Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331
(703) 691-3332 (fax)
Edward.Trivette@kpmlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice of Removal was mailed, first class, postage prepaid, this 23rd day of December, 2013, to

Michael K. Hibey, Esq.
Curtin Law Roberson Dunigan & Salans
1900 M. Street, N.W., Suite 600
Washington, D.C. 20036
*Counsel for Plaintiff*

_____

Brian A. Cafritz, Md. Fed Bar # 14589
*Counsel for Home Depot U.S.A., Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Brian.Cafritz@kpmlaw.com

Edward P. Trivette, Md. Fed Bar # 29516
*Counsel for Home Depot U.S.A., Inc.*
KALBAUGH, PFUND & MESSERSMITH, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331
(703) 691-3332 (fax)
Edward.Trivette@kpmlaw.com